**Sid Laroy MARTIN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 34965.**

Missouri Court of Appeals,
Western District.

April 3, 1984.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied
May 29, 1984.

Application to Transfer Denied
July 17, 1984.

Michael W. Walker, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Jefferson City, Robert L. Swearingen, Asst. Atty. Gen., for respondent.

Before TURNAGE, C.J., and DIXON and CLARK, JJ.

#### ORDER

PER CURIAM:

Appeal from denial of relief under a Rule 27.26 motion after evidentiary hearing.

Affirmed. Rule 84.16(b).

Before SHANGLER, P.J., and SOMERVILLE and CLARK, JJ.